

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 2-09-342-CV

IN RE DONALD D. FREIER                                                              RELATOR

------------

### ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered Relator's petition for writ of mandamus and is of the opinion that the petition should be dismissed for want of jurisdiction. *See* Tex. Gov't Code Ann. § 22.221(b) (Vernon 2004); *In re Simmonds*, 271 S.W.3d 874, 879 (Tex. App.—Waco, 2008, orig. proceeding). Accordingly, Relator's petition for writ of mandamus is dismissed.

PER CURIAM

PANEL: LIVINGSTON, MCCOY, and MEIER, JJ.

DELIVERED: October 15, 2009

---

[1] *See* Tex. R. App. P. 47.4.